# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL WAYNE WALKER**  APPELLANT

v.  Case No. 4:19-cv-00732-LPR

**FREDERICK S WETZEL, III**  APPELLEE

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE